UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x   MEMO ENDORSED

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against -

DARRYL MATTHEW COHEN,

        Defendant,

------------------------------------x

NOTICE OF MOTION

ECF Case

No. 23 Civ. 02453 (LAK)

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in criminal case *United States v. Darryl Cohen, et al.*, 23 Cr. 134 (VSB); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court under Rule 24 of the Federal Rules of Civil Procedure, for an order authorizing intervention by the United States and staying civil proceedings until the conclusion of the parallel criminal case, *United States v. Darryl Cohen, et al.*, 23 Cr. 134 (VSB), and for such other relief as the court deems just and proper.

Dated: New York, New York
May 15, 2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Katherine Reilly
Kevin Mead
Assistant United States Attorneys
One Saint Andrew's Plaza
New York, New York 10007
Telephone: (212) 637-6521/2211

*Handwritten endorsement:* Motion granted. Case placed on suspense docket pending further order of Court. Plaintiff shall advise Court of termination of criminal case within 24 days of its occurrence.

SO ORDERED

/s/ LEWIS A. KAPLAN, USDJ  5/17/23

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-18-2023